**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

TIDIANE KONE,

          Plaintiff,

     v.

WARNER, et al.,

          Defendants.

Case No. 3:25-cv-00323-SLG

## **ORDER OF DISMISSAL**

On February 23, 2026, the Court notified self-represented prisoner Tidiane Kone ("Plaintiff") that he must pay the full $405.00 filing fee to proceed in this case because Plaintiff has accumulated at least three strikes, and he failed to demonstrate he meets the imminent danger exception that would allow him to proceed on his claims without prepaying the full filing fee.[1]

To date, Plaintiff has not taken any action or contacted the Court since the entry of the Court's order.

IT IS THEREFORE ORDERED:

1.     This case is **DISMISSED.**

2.     All pending motions are **DENIED.**

3.     This dismissal counts as an additional **STRIKE**.

4.     Plaintiff has accumulated **THREE STRIKES** and must not file any

---

[1] Docket 4.

cases in any federal court without prepaying the $405 filing fee unless he demonstrates that he is under imminent danger of serious physical injury at the time of filing of the complaint, and that danger is fairly traceable to the unlawful conduct of the defendants alleged in the complaint and redressable by the Court.

5. The Clerk shall issue a final judgment and close this case.

DATED this 1st day of April 2026, at Anchorage, Alaska.

/s/ Sharon L. Gleason
SHARON L. GLEASON
UNITED STATES DISTRICT JUDGE